United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-2097

| | |
|---|---|
| Thomas G. Wolfin, Jr., | * |
| | * |
| Appellant, | * |
| | * |
| v. | * Appeal from the United States |
| | * District Court for the |
| Jessie Crump; Randy Grass; James | * Eastern District of Missouri. |
| Reed; Jeffrey A. Burgert, | * |
| | * [UNPUBLISHED] |
| Appellees. | * |

_____

Submitted: May 7, 1998
Filed: May 18, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Thomas G. Wolfin Jr. appeals from the district court's[1] order dismissing his complaint with prejudice under Federal Rule of Civil Procedure 41(b) for failure to comply with the court's pretrial-compliance order. Given Wolfin's pattern of noncompliance throughout the proceedings and the warning he received, we conclude the district court did not abuse its discretion. See Rodgers v. Curators of Univ. of Mo., 135 F.3d 1216, 1219-22 (8th Cir. 1998) (standard of review; "dismissal with prejudice

---

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

is not subject to reversal . . . where appellant has engaged in several acts of wilful noncompliance with orders of the court"). Accordingly, we affirm. We deny appellees' motion to strike appellant's brief.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.